FILED
2026 Jul-15 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **E.A.L.A.,** | ] | |
| | ] | |
| **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **Case No.: 7:26-cv-687-ACA-HNJ** |
| | ] | |
| **JORDAN POWELL, et al.,** | ] | |
| | ] | |
| **Respondents.** | ] | |

**FINAL JUDGMENT**

Consistent with the accompanying opinion, the court **DENIES IN PART** and **DENIES AS MOOT IN PART** Petitioner E.A.L.A.'s 28 U.S.C. § 2241 petition for a writ of habeas corpus.

**DONE** and **ORDERED** this July 15, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE